```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

ALBERT BOWMAN, JR.,

    Movant,

v.                                      Civil Action No. 2:18-cv-01235
                                        Criminal Action No. 2:16-cr-00171

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to the court of the Proposed Findings and Recommendation ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 18, 2020, the magistrate judge entered the PF&R recommending that the court deny as moot the movant's first motion to amend, grant movant's second and third motions to amend, deny as moot movant's first § 2255 motion, deny movant's amended § 2255 motion, and remove this matter from the court's docket.

There being no objection filed to the PF&R, it is ORDERED as follows:

1. That the magistrate judge's Proposed Findings and Recommendation be, and they hereby are, adopted and incorporated in full;

2. That the movant's first motion to amend be, and hereby is, denied as moot;

3. That the movant's second and third motions to amend be, and they hereby are, granted;

4. That the movant's first motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 be, and hereby is, denied as moot;

5. That the movant's amended motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 be, and hereby is, denied; and

6. That this case be, and hereby is, dismissed and stricken from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

Enter: May 13, 2020

John T. Copenhaver, Jr.
Senior United States District Judge